IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-273 |
| ) | |
| LARRY L. STULER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

AND NOW, this 23rd day of February, 2010, upon consideration of Defendant's pro se "Rule 60(b)(3) Motion to Vacate Orders of the Court Due to Intentional Misrepresentation of Social Security Including Concealing That 'Form SS-5' Is An Employment Form" (document No. 63) filed in the above captioned matter on February 22, 2010,

IT IS HEREBY ORDERED that said Motion is DENIED as frivolous. See, e.g., Greathouse v. United States, 2009 WL 3431391 *6, (E.D. Tx. Oct. 20, 2009).

AND, further, upon consideration of Defendant's pro se "Rule 62(b)(4) Motion for Stay of Proceedings Pending Disposition of Defendant's Motion for Relief Due to Misrepresentation of the Social Security Laws" (document No. 65) filed in the above captioned matter on February 22, 2010,

IT IS HEREBY ORDERED that said Motion is DENIED as moot.

s/Alan N. Bloch
United States District Judge

```
ecf:      Counsel of record

cc:       Larry L. Stuler
          565 Addison Street
          Washington, PA 15301
          (Forwarded certified mail, return receipt requested;
           and regular first class mail)
```