IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 08-273 |
| LARRY L. STULER, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 22nd day of April, 2010, upon consideration of Defendant's pro se "Rule 60(b)(3) Motion to Vacate Orders of the Court Due to Plaintiff's Falsification of the I.R.S.'s Individual Master File-Martinsburg Computer Center Transcripts" (document No. 75) filed in the above captioned matter on April 21, 2010,

IT IS HEREBY ORDERED that said Motion is DENIED as frivolous. See, e.g., Greathouse v. United States, 2009 WL 3431391 *6, (E.D. Tx. Oct. 20, 2009).

AND, further, upon consideration of Defendant's pro se "Rule 62(b)(4) Motion for Stay of Proceedings Pending Disposition of Defendant's Motion for Relief Due to Plaintiff's Falsification of the I.R.S.'s IMF-MCC Transcripts" (document No. 77) filed in the above captioned matter on April 21, 2010,

IT IS HEREBY ORDERED that said Motion is DENIED as moot.

s/Alan N. Bloch
United States District Judge

ecf:      Counsel of record

cc:       Larry L. Stuler
          565 Addison Street
          Washington, PA 15301
          (Forwarded certified mail, return receipt requested;
           and regular first class mail)